

No. 12–0523/AR. U.S. v. Brandon T. Weaver. CCA 20090397. Appellant's motion to attach defense appellate exhibit A is denied.

No. 12–0526/AR. U.S. v. Lawrence J. Lavergne, Jr. CCA 20090986. Appellant's motion to withdraw the petition for grant of review without prejudice is hereby granted.

No. 12–5003/MC. U.S., Appellant v. Leslie D. Porter, Appellee. CCA 201100188. Notice is hereby given that a certificate for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals was filed under Rule 22 this date on the following issues: